| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Lawson, David M | 2. Court or Organization U.S. District Court, E.D. Mich | 3. Date of Report 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - active | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 214 Post Office Building Bay City, MI 48078 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Oakland County Bar Association |
| 2. Trustee | Trust #1 |
| 3. Custodian | Custodian account #1 |
| 4. Custodian | Custodian account #2 |
| 5. Custodian | Custodian account #3 |
| 6. Director | High Sierra, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 5/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | OE Learning, Inc. | 0.00 |
| 2. | 11/2003 | S.E.A.K., Inc. (Seminar taught) | 1500.00 |
| 3. | 5/2003 | Rutter Group (seminar taught) | 500.00 |
| 4. | 5/2003 | Michigan Judicial Institute | 200.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 26-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | S.E.A.K., Inc. | Chicago, Illinois, November 8-9, 2003 Medical Witness Seminar (Travel, Lodging, Food) |
| 2. | The Rutter Group | Detroit, Michigan, May, 2003 (Mileage expense) |
| 3. | Michigan Institute of Continuing Legal Education | Seminar at Plymouth, Michigan, June, 2003 (parking, mileage expense) |
| 4. | U.S. Court of Claims Judicial Conference | Panel presentation at Shepherdstown, West Virginia, October 14, 2003 (travel, meal expense) |
| 5. | Michigan Institute of Continuing Legal Education | Seminar at Plymouth, Michigan, October 2002 (parking, mileage expense) (paid in 2003) |
| 6. | Michigan Judicial Institute | Seminar at Grand Rapids, Michigan, May 2003 (travel expense) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Detroit Edison Co. common stock | A | Dividend | J | T | | | | | |
| 2. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 3. Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4. CDC Nvest Targeted Equity Fund Class A f/k/a Nvest Growth A | A | Dividend | K | T | | | | | |
| 5. CDC Nvest Value Fund A (f/k/a Nvest Star Value Fund A) | A | Dividend | J | T | | | | | |
| 6. CDC Nvest Growth & Income A f/k/a Nvest Growth & Income Fund | A | Dividend | J | T | | | | | |
| 7. Certificates of Accrual Treasury Series X | | None | J | T | | | | | |
| 8. CNL Income Fund XIV Ltd. | A | Dividend | J | T | | | | | |
| 9. Wells Real Estate Investment Fund VI | A | Dividend | J | T | | | | | |
| 10. Bond Fund of America | A | Dividend | J | T | | | | | |
| 11. New Economy Fund | A | Dividend | J | T | | | | | |
| 12. New Perspective Fund | A | Dividend | J | T | | | | | |
| 13. ISI Total Return Treasury Fund (DC) | B | Dividend | J | T | | | | | |
| 14. Ivnesco Industrial Income Fund (Custodian) | A | Dividend | J | T | | | | | |
| 15. Invesco Industrial Income Fund | A | Dividend | J | T | | | | | |
| 16. NCR Corp common stock | | None | J | T | | | | | |
| 17. High Sierra, Inc. | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 5/10/2004 |

## VII.  INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  CH Ventures, L.L.C. | | None | J | T | | | | | |
| 19.  Vanguard Fixed Income GNMA Fund | A | Dividend | L | T | | | | | |
| 20.  Vanguard Growth & Income Portfolio | A | Dividend | | | Sold | 8/8 | L | A | |
| 21.  Eaton Value Income Fund of Boston | A | Dividend | J | T | | | | | |
| 22.  Franklin Small Cap Growth Class A | | None | | | Sold | 8/8 | K | A | |
| 23.  Massachusetts Investors Growth Stock Fund Class A | A | Dividend | K | T | | | | | |
| 24.  Putnam International Growth Class A | A | Dividend | K | T | | | | | |
| 25.  Fidelity Managed Income Portfolio | A | Dividend | J | T | | | | | |
| 26.  Trust #1 | D | Interest & D | N | T | | | | | |
| 27.  - Cash assets | | | | | | | | | |
| 28.  - TIAA Cref Annuity | | | | | Terminated | 7/19 | | | See note in Part VIII |
| 29.  - Allstate Life Insurance | | | | | | | | | |
| 30.  - Government Bonds | | | | | | | | | |
| 31.  - Detroit Edison Stock | A | Dividend | K | T | | | | | See note in Part VIII |
| 32.  MFS Value Fund | A | Dividend | J | T | Buy | 8/11 | L | | |
| 33.  W & R Small Cap Growth A | A | Dividend | J | T | Buy | 8/11 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

1. The TIAA Cref Annuity was terminated upon the death of the Settlor of Trust # 1.

2. The Detroit Edison stock in Trust # 1 was discovered upon the death of the settlor, and therefore was not listed in previous reports.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date _May 10, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544